**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GRETCHEN M. STEWART<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:11-25818 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 09/15/2011 and confirmed on 11/23/11 . The case was subsequently    Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,124.00 |
| Less Refunds to Debtor | 874.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,249.18 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,675.00 | |
|    Trustee Fee | 2,239.86 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,914.86 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 0.00 | 25,945.08 | 0.00 | 25,945.08 |
|     Acct: 5003 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 18,144.33 | 18,144.33 | 0.00 | 18,144.33 |
|     Acct: 5003 | | | | |
| | | | | 44,089.41 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRETCHEN M. STEWART | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRETCHEN M. STEWART | 874.82 | 874.82 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,675.00 | 1,675.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 1,227.00 | 1,227.00 | 0.00 | 1,227.00 |
|     Acct: 5003 | | | | |
| | | | | 1,227.00 |
| **Unsecured** | | | | |
|   ADELPHIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6839 | | | | |
|   ADT SECURITY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6054 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 2,650.19 | 2,617.08 | 0.00 | 2,617.08 |
|     Acct: 1009 | | | | |
|   AVON PRODUCTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9388 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN IN | 8,784.53 | 8,674.79 | 0.00 | 8,674.79 |
|     Acct: 7223 | | | | |
|   CENTERS FOR REHAB SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX9207 | | | | |
|     CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5976 | | | | |
|     AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8037 | | | | |
|     ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     THE CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5976 | | | | |
|     DUQUESNE LIGHT COMPANY* | 2,518.78 | 2,487.32 | 0.00 | 2,487.32 |
|     Acct: 2009 | | | | |
|     EAST SUBURBAN REHAB ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX.522 | | | | |
|     EQUITABLE GAS CO (*) | 646.69 | 638.61 | 0.00 | 638.61 |
|     Acct: XXX6696 | | | | |
|     AAS DEBT RECOVERY INC/AMERICAN AI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8580 | | | | |
|     AAS DEBT RECOVERY INC/AMERICAN AI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     AMERICAN EAGLE OUTFITTER/GECC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 271.28 | 267.89 | 0.00 | 267.89 |
|     Acct: 2086 | | | | |
|     MERCY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9926 | | | | |
|     FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     CENTRAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0114 | | | | |
|     CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4837 | | | | |
|     ROBERT S HEILBRONNER DMD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     SPRINT TOGETHER WITH NEXTEL** | 336.42 | 332.22 | 0.00 | 332.22 |
|     Acct: 4798 | | | | |
|     ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7873 | | | | |
|     CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4039 | | | | |
|     CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7741 | | | | |
|     AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1798 | | | | |
|     WELLS FARGO AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0001 | | | | |
|     GILBERT B WEISMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ROSICKI ROSICKI & ASSOC PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 11-25818 JAD | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 15,017.91 |
| TOTAL PAID TO CREDITORS | | | | | 60,334.32 |
| TOTAL | | | | | |
| CLAIMED | 1,227.00 | | | | |
| PRIORITY | 18,144.33 | | | | |
| SECURED | 15,207.89 | | | | |

Date: 12/21/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   GRETCHEN M. STEWART<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:11-25818 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                             BY THE COURT:

                                                         _____
                                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 11-25818-JAD
Gretchen M. Stewart                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: skoz                  Page 1 of 3              Date Rcvd: Dec 22, 2016
                                Form ID: pdf900             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
```
db           +Gretchen M. Stewart,    125 Union Street,    Munhall, PA 15120-3007
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13201728     +ADT Security,    PO Box 371967,    Pittsburgh, PA 15250-7967
13201727     +Adelphia,    P.O. Box 371449,    Pittsburgh, PA 15250-7449
13201729     +American Express Centurion Bank,    c/o Weltman, Weinberg & Reis Co. LPA,
               1400 Koppers Building,    436 Seventh Ave.,    Pittsburgh, PA 15219-1842
13231150      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13201731     +Avon Products,    2100 Ogletown Road,    Newark, DE 19712-0001
13201732     +Bank of America/Hilco Receivable,    c/oDavid J. Apothaker, Esquire,    520 Fellowship Road C306,
               Mount Laurel, NJ 08054-3410
13201733     +Centers For Rehab Services,    P.O. Box 200661,    Pittsburgh, PA 15251-0661
13201734     +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
13201735     +Citibank,    P.O. Box 183060,    Columbus, OH 43218-3060
13201740      DSNB Bank Visa,    Po Box 18008,    Hauppauge, NY 11788-8808
13208395     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
13201738     +Directv,    c/o Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
13201739     +Directv,    c/o CBE Greoup Inc.,    131 Tower Park Drive,    Suite 100 P.O. Box 900,
               Waterloo, IA 50701-9589
13253818     +Duquesne Light Company,    c/o Bernstein Law Firm,    600 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-2702
13201742     +East Suburban Rehab Associates,    2380 McGinley Road,    Monroeville, PA 15146-4400
13273830     +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13231023     +FV-I, Inc. in trust for Morgan Stanley,    Mortgage Capital Holdings LLC,
               c/o Rosicki, Rosicki & Associates P.C.,    51 East Bethpage Road,,    Plainview, NY 11803-4224
13201745     +Fast Loans at Dollar Smart,    c/o AAS Debt Recovery Inc.,    P.O. Box 129,
               Monroeville, PA 15146-0129
13201746     +First Commonwealth Bank,    c/o AAS Debt Recovery Inc.,    P.O. Box 129,
               Monroeville, PA 15146-0129
13180488     +Goldbeck, McCafferty & McKeever,    Suite 5000,    Mellon Independence Center,
               701 Market Street,    Philadelphia, PA 19106-1541
13201749     +Household Credit Services,    P.O. Box 98706,    Las Vegas, NV 89193-8706
13201751     +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13201752     +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13201754     +Mercy Hospital,    1400 Locust Street,    Pittsburgh, PA 15219-5166
13201755     +National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13201756     +Orthopedic Associates PC,    c/o First Federal Credit Control,    24700 Chagrin Blvd.,
               Suite 205,    Beachwood, OH 44122-5630
13201757     +Pennsylvania American Water,    c/o Central Credit Control,    916 South 14th Street,
               P.O. Box 988,    Harrisburg, PA 17108-0988
13201760     +Robert S. Heilbronner DMD,    4123 Main Street,    Munhall, PA 15120-3368
13340959     +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13201762     +Sprint,    c/o Source Receivables Management,    3859 Battleground Ave.,    Suite 303,
               Greensboro, NC 27410-9802
13201764     +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
13201766      UPMC Physician Services,    c/o Credit Management Company,    212 Noblestown Road,
               Pittsburgh, PA 15242
13201767     +Verizon On-line,    P.O. Box 3097,    Bloomington, IL 61702-3097
13201768      Wells Fargo Auto Finance Inc.,    c/o Swartz, Lovejoy & Associates,
               16th Floor Law And Finance Building,    Pittsburgh, PA 15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 23 2016 02:06:08
               Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2016 02:10:28
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
13201730     +E-mail/Text: EBNProcessing@afni.com Dec 23 2016 02:05:35     Anderson Financial,
               P.O. Box 3097,    Bloomington, IL 61702-3097
14187061     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 23 2016 02:06:08
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
13225860      E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2016 02:10:56     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13201737     +E-mail/Text: EBNProcessing@afni.com Dec 23 2016 02:05:35     Directv,    c/o Afni Inc.,
               1310 MLK Drive,    Bloomington, IL 61701-1465
13201741     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 23 2016 02:06:29     Duquesne Light,
               c/o  Peter Ashcroft,    Bernstein Lawm Office,    707 Grant Street,    Pittsburgh, PA 15219-1900
13201744     +E-mail/Text: egssupportservices@egscorp.com Dec 23 2016 02:05:45     Equitable Gas Company,
               c/o NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13201747     +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 02:09:58     GEMB/American Eagle,
               P.O. Box 981400,    El Paso, TX 79998-1400
```

```
District/off: 0315-2           User: skoz                   Page 2 of 3                   Date Rcvd: Dec 22, 2016
                               Form ID: pdf900              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13201750       +E-mail/Text: bk@investment-retrievers.com Dec 23 2016 02:05:21     Investment Retreiver,
                 P.O. Box 4733,   El Dorado Hills, CA 95762-0023
13201753       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 23 2016 02:05:20     MCM,   P.O. Box 12421,
                 P.O. Box 1259,   Oaks, PA 19456-1259
13537004        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2016 02:11:09     Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX 77210-4457
13201758       +E-mail/Text: egssupportservices@egscorp.com Dec 23 2016 02:05:45     PNC Bank,
                 c/o NCO Financial Systems Inc.,   507 Prudential Road,   Horsham, PA 19044-2308
13201759       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 23 2016 02:06:23
                 Progressive Advanced Insurance Co,,   c/o Credit Collection Services,   Two Wells Ave.,
                 Newton Center, MA 02459-3225
13244042        E-mail/Text: appebnmailbox@sprint.com Dec 23 2016 02:05:16     Sprint Nextel  Correspondence,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
13201763       +E-mail/Text: PFS.Analyst@stclair.org Dec 23 2016 02:06:13     St. Clair Hospital,
                 1000 Bower Hill Road,   Pittsburgh, PA 15243-1899
13201765       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 23 2016 02:06:23     Travelers Insurance,
                 c/o Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3225
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, A Delaware Limited Li
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr              Duquesne Light Company
cr              FV- I, Inc. in trust for Morgan Stanley Mortgage C
cr*             American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
cr*            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13201736*      +Citibank,   P.O. Box 183060,   Columbus, OH 43218-3060
13201748*      +Goldbeck, McCafferty & McKeever,   Suite 5000,   Mellon Independence Center,
                 701 Market Street,   Philadelphia, PA 19106-1541
13201761*      +Saxon Mortgage Services Inc.,   4708 Mercantile Drive North,   Fort Worth, TX 76137-3605
13201743      ##+Equable Ascent Financial,   1120 W. Lake Cook Road,   Buffalo Grove, IL 60089-1970
13180489      ##+Saxon Mortgage Services Inc.,   4708 Mercantile Drive North,   Fort Worth, TX 76137-3605
                                                                                   TOTALS: 4, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
           Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
            Liability Company ecfmail@mwc-law.com
           Andrew F Gornall    on behalf of Creditor   FV- I, Inc. in trust for Morgan Stanley Mortgage
            Capital Holdings LLC agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
            Liability Company ecfmail@mwc-law.com
           James Warmbrodt    on behalf of Creditor    FV- I, Inc. in trust for Morgan Stanley Mortgage
            Capital Holdings LLC bkgroup@kmllawgroup.com
           Kenneth Steidl    on behalf of Debtor Gretchen M. Stewart julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
            nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
            rive.com
```

```
District/off: 0315-2           User: skoz                  Page 3 of 3                  Date Rcvd: Dec 22, 2016
                               Form ID: pdf900             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                     TOTAL: 9

Case 11-25818-JAD    Doc 90    Filed 12/24/16    Entered 12/25/16 00:56:36    Desc Imaged
Certificate of Notice    Page 8 of 8