**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GRETCHEN M. STEWART<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:11-25818 JAD<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/15/2011  and confirmed on 11/23/2011 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,124.00 |
| Less Refunds to Debtor | 874.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,249.18 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,675.00 | |
|    Trustee Fee | 2,239.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,914.85 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC**<br>   Acct: 5003 | 0.00 | 25,945.08 | 0.00 | 25,945.08 |
| BAYVIEW LOAN SERVICING LLC**<br>   Acct: 5003 | 18,144.33 | 18,144.33 | 0.00 | 18,144.33 |
| | | | | 44,089.41 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRETCHEN M. STEWART<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRETCHEN M. STEWART<br>   Acct: | 874.82 | 874.82 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>   Acct: | 1,675.00 | 1,675.00 | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC**<br>   Acct: 5003 | 1,227.00 | 1,227.00 | 0.00 | 1,227.00 |
| | | | | 1,227.00 |

| 11-25818 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| AMERICAN EXPRESS CENTURION BNK | 2,574.66 | 2,574.66 | 0.00 | 2,574.66 |
| Acct: 1009 | | | | |
| ADELPHIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6839 | | | | |
| ADT SECURITY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6054 | | | | |
| AVON PRODUCTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9388 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 8,784.53 | 8,704.47 | 0.00 | 8,704.47 |
| Acct: 7223 | | | | |
| CENTERS FOR REHAB SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9207 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5976 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8037 | | | | |
| ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| THE CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5976 | | | | |
| DUQUESNE LIGHT COMPANY* | 2,518.78 | 2,495.82 | 0.00 | 2,495.82 |
| Acct: 2009 | | | | |
| EAST SUBURBAN REHAB ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX.522 | | | | |
| EQUITABLE GAS CO (*) | 646.69 | 640.80 | 0.00 | 640.80 |
| Acct: XXX6696 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8580 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN EAGLE OUTFITTER/GECC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 271.28 | 268.81 | 0.00 | 268.81 |
| Acct: 2086 | | | | |
| MERCY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9926 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CENTRAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0114 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4837 | | | | |
| ROBERT S HEILBRONNER DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SPRINT TOGETHER WITH NEXTEL** | 336.42 | 333.36 | 0.00 | 333.36 |
| Acct: 4798 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7873 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX4039 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7741 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1798 | | | | |
| WELLS FARGO AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| GILBERT B WEISMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROSICKI ROSICKI & ASSOC PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,017.92 |

TOTAL PAID TO CREDITORS                                                                                              60,334.33

TOTAL CLAIMED
PRIORITY            1,227.00
SECURED            18,144.33
UNSECURED          15.132.36

Date: 02/22/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com